COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Walter Harvey Ballard, Jr. v. The State of Texas

Appellate case number:    01-15-00275-CR

Trial court case number:  1390115

Trial court:                       183rd District Court of Harris County

On September 25, 2015, appellant, through his appointed counsel, filed a "Motion to Abate Appeal To Supplement Clerk's Record and Direct Findings of Fact and Conclusions of Law" regarding the trial court's denial of appellant's motion to suppress evidence. On October 14, 2015, appellant's appointed counsel filed a motion to withdraw stating that (1) there is "an irreconcilable conflict of interest" between appellant and his appointed counsel, and (2) appellant has expressed intentions that his appointed counsel no longer work on his appeal and agrees with counsel withdrawing. On October 27, 2015, appointed counsel filed an opening brief on behalf of appellant. On November 23, 2015, appellant, acting pro se, filed a motion requesting that the brief filed by his appointed counsel be stricken.

The motion to abate is GRANTED. We abate the appeal and remand for the trial court to enter written findings of fact and conclusions of law, separate and apart from any docket sheet notations in this case, regarding the trial court's denial of appellant's motion to suppress. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006) (holding that trial court must provide findings of fact and conclusions of law adequate to provide appellate court with basis to review trial court's application of law to facts, either in writing or on record at hearing); *Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987); TEX. R. APP. P. 44.4. We further direct the trial court to determine whether counsel's motion to withdraw should be granted and, if so, to enter a written order granting the motion and appointing substitute counsel.

The trial court shall issue the appropriate findings, conclusions and orders within **20 days** of the date of this order. The trial court clerk shall file a supplemental clerk's record containing the trial court's findings, conclusions, and orders this Court within **30 days** of the date of this order.

This appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket without further order of the Court when the supplemental clerk's record is filed in this Court.

It is so ORDERED.

Judge's signature:  /s/ Michael Massengale
                                 ☑ Acting individually    ☐ Acting for the Court

Date:  January 5, 2016